Derek Kirk
Name
P.O. Box 7000
Carson City, NV 89702
1109593
Prison Number

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Derek Kirk ,                    )
            Plaintiff,    )
                )
    vs.                        )    CASE NO. 3:13-cv-00490-MMD-VPC
                )    (To be supplied by the Clerk)
Carson County ,              )
                )    AMENDED
Carson City Sheriff's Department )    CIVIL RIGHTS COMPLAINT
                )    PURSUANT TO
Sheriff Ken Furlong ,        )    42 U.S.C. § 1983
                )    JURY TRIAL DEMANDED
Captain Donald White ,       )
                )
              ,  )
         Defendant(s).   )

### A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, Derek Kirk ,
                                  (Print Plaintiff's name)

who presently resides at Northern Nevada Correctional Center , were

violated by the actions of the below named individuals which were directed against

Plaintiff at Carson City Detention Facility on the following dates
                (institution/city where violation occurred)

3-14-13 to 10-10-13 , _____ , and _____ .
  (Count I)             (Count II)          (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>Carson County</u> resides at <u>911 E. Musser St.</u>,
     (full name of first defendant)          (address if first defendant)
and is employed as <u>Detention Facility</u>. This defendant is sued in his/her
       (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Sheriffs Department, Detention Facility</u>

3) Defendant <u>Carson City Sheriff's Dept.</u> resides at <u>911 E. Musser St.</u>,
     (full name of first defendant)          (address if first defendant)
and is employed as <u>Detention Facility</u>. This defendant is sued in his/her
       (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Detention Facility</u>

4) Defendant <u>Ken Furlong</u> resides at <u>911 E. Musser St.</u>,
     (full name of first defendant)          (address if first defendant)
and is employed as <u>Sheriff</u>. This defendant is sued in his/her
       (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Jail Correctional Officer, Supervisor</u>

5) Defendant <u>Donald White</u> resides at <u>911 E. Musser St.</u>,
     (full name of first defendant)          (address if first defendant)
and is employed as <u>Captain of Police</u>. This defendant is sued in his/her
       (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>Jail Correctional Officer, Supervisor</u>

2

6) Defendant _____ resides at _____,
                (full name of first defendant)              (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                    (defendant's position and title, if any)

___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

Between the dates of March 14th, 2013 to October 10th, 2013 I was held as a pre-trial detainee in the Carson City Sheriff's Department's detention facility.

During this confinement my Freedom of Speech right to incoming and outgoing correspondence through the USPS was violated; Causing me and my family damages.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: My right to Freedom of Speech as guaranteed by the First Amendment was violated.

Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Between the dates of March 14th, 2013 to October 10th, 2013 I was held as a pre-trial detainee in the Carson City Sheriff's Department's detention facility.

During this confinement all of my personal correspondence mail was limited to USPS pre-stamped postcards or shop made tourist postcards. This created an undue burden on me and my family.

Carson County, the Carson City Sheriff's Department, Sheriff Ken Furlong, and Captain Donald White created and are responsible for managing this Postcard-Only Mail Policy.

Approximatly September of 2013 I spoke with White concerning my grievances about this issue. I expressed my concerns as well as other inmates at the institution. White responded with the sarcastic remark "Your brother can write his grades on a postcard, Your wife can describe what your [newborn] baby looks like, and Jesus can wait until you get out of jail." White failed to correct this unconstitutional policy.

4

## COUNT II

The following civil rights has been violated: _____

_____

_____

     Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## COUNT III

The following civil rights has been violated: _____

_____

_____

      Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)     Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes  ✓ No.  If your answer is "Yes", describe each lawsuit.  (If more than one, describe the others on an additional page following the below

6

outline).

a)    Defendants: _____

b)    Name of court and docket number: _____

c)    Disposition (for example, was the case dismissed , appealed or is it still pending?):

       _____

d)    Issues raised: _____

       _____

       _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to
       be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
       ____ Yes   ✓ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than
       three actions dismissed based on the above reasons, describe the others on an additional page
       following the below outline.)
       Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous
       ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

       _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

       Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous

_____ malicious or _____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

_____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____.

b)      Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous

_____ malicious or _____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

_____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

3)      Have you attempted to resolve the dispute stated in this action by seeking relief from the
proper administrative officials, e.g., have you exhausted available administrative grievance
procedures? _√_ Yes ____ No.  If your answer is "No", did you not attempt administrative
relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____
state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole
board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _N/A_.

Date and institution where grievance was filed _6-8,8-22-13_    _C.C.S.D._.

Response to grievance: "The inmate handbook is not open to your
interpretation." "Detail how you were harmed by this policy."
"Your brother can write his grades on a postcard, Your

8

wife can describe to you what your baby looks like, and
Jesus can wait until you get out of jail."

- - - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

A declaration that the acts and omissions described
herein are violative of the Constitution and laws of the
United States.
Compensatory and Punative damages.
Recovery of costs in this suit.
Any additional relief this court deems just, proper,
and equitable.

I understand that a false statement or answer to any question in this complaint will
subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE
FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_Devell Light_
(Signature of Plaintiff)

August 19th, 2014
(Date)

- - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

_____

_____