**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DEREK KIRK, | ) | 3:13-CV-0490-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 31, 2016 |
| | ) | |
| KEN FURLONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____  REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING_____

COUNSEL FOR DEFENDANT(S): NONE APPEARING_____

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion for continuance of settlement conference (#60) is **DENIED**.  On April 15, 2016, the District Court referred this case to the Magistrate Judge for the purposes of a settlement conference (#54).  A settlement conference is set for June 14, 2016 (#61).

    Plaintiff's motion for Magistrate Judge to reconsider order #51 (#53) is **DENIED**.

    **IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK

                                By:_____/s/_____
                                          Deputy Clerk