Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants
CARSON CITY, CARSON CITY SHERIFF'S DEPARTMENT,
KEN FURLONG, DONALD WHITE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| DEREK KIRK,<br><br>                          Plaintiff,<br><br>vs.<br><br>CARSON COUNTY, CARSON CITY SHERIFF'S DEPARTMENT, SHERIFF KEN FURLONG, CAPTAIN DONALD WHITE,<br><br>                          Defendants. | CASE NO.  3:13-CV-00490-MMD-VPC<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>** |

COMES NOW, Plaintiff, DEREK KIRK, in the proper person, and Defendants, CARSON COUNTY, CARSON CITY SHERIFF'S DEPARTMENT, KEN FURLONG, DONALD WHITE, and by and through their counsel, THORNDAL ARMSTRONG DELK

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1  BALKENBUSH & EISINGER, and hereby stipulation that the above-entitled matter may be
2  dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

3  DATED this 16th day of June, 2016.   DATED this 21st day of June, 2016.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

BY: _____
Derek Kirk
Inmate No. 1109593
Lovelock Correction Center
1200 Prison Road
Lovelock, NV 89419
*In Pro Per*

By: _____
Katherine F. Parks, Esq.
State Bar No. 6227
6590 S. McCarran Blvd, Suite B
Reno, Nevada 89509
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: _____, 2016.

_____
UNITED STATES DISTRICT JUDGE